United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 3, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-60177
Summary Calendar
_____

RIAZ MOMIN,

                                        Petitioner,

versus

ALBERTO R. GONZALES, U.S. ATTORNEY GENERAL,

                                        Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A95 455 372
--------------------

Before HIGGINBOTHAM, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Riaz Momin, a citizen of India, petitions this court for
review of an order of the denial of his applications for asylum,
withholding of removal, and relief under the Convention Against
Torture ("CAT").  The Board of Immigration Appeals ("BIA")
summarily affirmed the denial of relief by the Immigration Judge
("IJ").

    Momin contends that the BIA and IJ erred by determining that
he had not shown a well-founded fear of persecution or that it
was more likely than not that he would be subjected to torture if

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

he returned to India.  However, because the record does not compel a finding that Momin was entitled to any of the relief he sought, Momin has failed to show that the decision was not supported by substantial evidence.  See INS v. Elias-Zacarias, 502 U.S. 478, 483-84 (1992); Faddoul v. INS, 37 F.3d 185, 188 (5th Cir. 1994).; Efe v. Ashcroft, 293 F.3d 899, 906-07 (5th Cir. 2002).

Momin's petition for review therefore is DENIED.